IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FREDERICK E. FRANKLIN and
SYLVIA FRANKLIN,                       :

    Plaintiff,                     :

vs.                                    :       CIVIL ACTION 14-0040-WS-M

MOBILE HOUSING BOARD,                  :

    Defendant.                     :

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice for failure to prosecute and to obey the Court's Orders.

DONE this 7th day of August, 2014.

                                              s/WILLIAM H. STEELE
                                              CHIEF UNITED STATES DISTRICT JUDGE